**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ADRENALIN GAMING LLC, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:15-cv-00675-JAD-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| SCA ENTERTAINMENT, LP, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

This matter was referred to this Court on Plaintiff Adrenalin Gaming LLC's ("plaintiff") unopposed Motion for Default Judgment (doc. # 11), filed August 11, 2015.

Plaintiff filed its complaint on April 14, 2015. See Doc. # 1. Plaintiff subsequently filed proof of service on May 13, 2015. See Doc. # 6. Thereafter, plaintiff filed an application for entry of Clerk's default against Defendant SCA Entertainment, LP ("defendant"), which the Clerk of Court entered on May 15, 2015. See Doc. # 9; Doc. # 10. Plaintiff now brings the instant motion asking the Court to enter default judgment against defendant for failing to respond to plaintiff's complaint and for failing to appear in this action. See Doc. # 11.

A review of plaintiff's motion reveals that plaintiff has failed to attach, among others, the contract agreement at issue for this Court's review in support of the judgment amount and interest requested. The Court also finds that plaintiff fails to submit documentation identifying the discrete tasks performed by counsel, along with the time spent on each discrete task in support of plaintiff's request for attorney's fees. The Court further finds that plaintiff fails to attach receipts in support of the costs requested, and fails to provide any citation or basis for the 10% per annum interest rate requested.  Given these various

1 deficiencies, the instant motion is denied without prejudice.

2 Accordingly, **IT IS HEREBY ORDERED** that plaintiff's unopposed Motion for Default Judgment
3 (doc. # 11) is **denied without prejudice**.

4 Dated: October 19, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**