**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Adrenalin Gaming LLC, | 2:15-CV-00675-JAD-CWH |
| Plaintiff, | **Order Adopting Report and Recommendation and Entering Default Judgment Against Defendant** |
| v. | |
| SCA Entertainment, LP, | [14, 15] |
| Defendant. | |

Magistrate Judge Carl Hoffman entered a report and recommendation on December 18, 2015, recommending that I grant in part and deny in part plaintiff's motion for default judgment.[1] Objections were due by January 4, 2016. No party has filed objections or requested an extension to do so.

"[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Accordingly, with good cause appearing and no reason to delay, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judge Hoffman's Report and Recommendation **[ECF 15]** is **ADOPTED;** plaintiff's Motion for Default Judgment **[ECF 14]** is **GRANTED** in part and **DENIED** in part:

- Plaintiff is awarded damages in the amount of $16,185.38; attorney's fees in the amount of $1,575.00; and costs in the amount of $444.50.
- Plaintiff is awarded interest of $954.49, as of December 18, 2015, with additional interest at the rate of 5.25% through entry of judgment.
- Defendants are permanently enjoined from continuing to infringe on plaintiff's

---

[1] ECF 15.

trademark, the Luck of the Irish (No. 3,060,880).

The Clerk of Court is instructed to enter final judgment and **CLOSE THIS CASE.**

Dated this 6th day of January, 2016

_____
Jennifer A. Dorsey
United States District Judge