**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ADRENALIN GAMING, LLC, a Nevada Limited Liability Company,<br><br>Plaintiffs,<br><br>*vs.*<br><br>SCA ENTERTAINMENT, LP, a Nevada Corporation; and DOES I-X, inclusive,<br><br>Defendants. | CASE NO. 2:15-CV-00675-JAD-CWH |

**STIPULATION TO CONTINUE HEARING**

The parties, Defendant SCA Entertainment, LP ("SCA"), and Plaintiff Adrenalin Gaming, LLC's ("Adrenalin" or "Plaintiff"), stipulate that the hearing on "Defendant SCA Entertainment, LP,'s Motion to Set Aside Default Judgment," presently set for Friday, September 16, 2016, be continued until the next available court date after October 10, 2016.

Dated this 15th day of September, 2016.

LEWIS ROCA ROTHGERBER CHRISTIE LLP      HOWARD & HOWARD

BY: */s/ Joel Henriod*
JOEL D. HENRIOD (SBN 8492)
3993 Howard Hughes Pkwy, Ste. 600
Las Vegas, Nevada 89169
(702) 949-8200

*Attorneys for Defendant*
*SCA Entertainment, LP*

BY: */s/ Ryan Ellis*
RYAN A. ELLIS (SBN 12,199)
2049 Century Park East, Ste. 330
Los Angeles, CA 90067
(424) 303-7702

*Attorney for Plaintiff*
*Adrenalin Gaming, LLC*

1

## ORDER

IT IS SO ORDERED that the hearing on "Defendant SCA Entertainment, LP,s Motion to Set Aside Default Judgment," presently set for Friday, September 16, 2016, is continued to October 28, 2016 at 9:00 a.m.

_____
United States District Judge

DATED: 9/15/2016